KLINE BROS. & CO., Appellant, *v.* THE HANOVER FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK, Respondent.

*Kline Bros. & Co.* v. *Hanover F. Ins. Co. of N. Y.*, 163 App. Div. 848, affirmed.

(Argued April 2, 1917; decided April 24, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 22, 1914, affirming a judgment in favor of defendant entered upon a verdict directed by the court in an action upon a policy of fire insurance. The verdict was directed on the stated ground that the assured had violated the provisions of the policy requiring that it should take, keep and produce a complete itemized inventory of stock on hand and should keep a set of books which should clearly and plainly present a complete record of business transactions, all of which should be securely locked in a fireproof safe at night.

*Frederick M. Czaki* and *Marion Erwin* for appellant.

*Robert Louis Hoguet, Theodore A. Hammond* and *Ralph A. Newman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CRANE and ANDREWS, JJ. Dissenting: COLLIN, CARDOZO and POUND, JJ.